No. 232. Charles B. Beery *v.* James G. Houghton, as Inspector of Buildings for the City of Minneapolis. Error to the Supreme Court of the State of Min-

nesota. Argued March 15, 1927. Decided March 21, 1927. *Per Curiam.* Affirmed on the authority of *Village of Euclid* v. *Ambler Realty Company*, 272 U. S. 365. *Messrs. Charles B. Elliott* and *Charles S. Lobingier* for plaintiff in error, submitted. *Mr. Richard S. Wiggin* for defendant in error.